June P. Gordy
1222-H El Camino Real #409
San Bruno, CA 94066
Telephone: (650) 219-2407
Plaintiff

**FILED**
JAN 13 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE P. GORDY, | Case No. |
| Plaintiff, | REQUEST FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, Et al, Defendants. | |

Plaintiff hereby requests a continuance of the status conference as there has been a delay in the delivery and receipt of critical documents and such documents have been promised by March 2009. Accordingly, Plaintiff respectively requests a continuance of the hearing for April 2009 as the court wishes and no party has been served nor will any party be inconvenienced by such rescheduling

January 12, 2009

_____
PLAINTIFF JUNE P. GORDY

The case management conference has been continued to
April 29, 2009 at 10:30 a.m.

January 12, 2009

**SO ORDERED**

_____
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE