UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNE GORDY,

        Plaintiff,

        v.

CITY & COUNTY OF SAN FRANCISCO, ET AL.,

        Defendants.
_____/

No. C 08-4414   JL

**ORDER TO SHOW CAUSE**

TO PLAINTIFF, APPEARING PRO SE:

You filed the complaint in your case before this Court on September 19, 2008, almost one year ago. Defendants should have been served with the summons and complaint on or before January 19, 2009, pursuant to Rule 4(m), Federal Rules of Civil Procedure. The Court has continued the case management conference four times at your request, but you have not requested any extension of the time to serve Defendants. Nor have you filed either a consent to this Court's jurisdiction pursuant to 28 U.S.C. §636(c) or a request for reassignment to a district court judge.

Accordingly, you are hereby ordered to file either a consent to this Court's jurisdiction or a request for reassignment to a district court judge on or before August 26, 2009. If you either request reassignment or fail to file by the deadline, this Court will refer your case for reassignment to a district judge. You are further ordered to serve at least one

of the Defendants in this case with the summons and complaint in this case and all other papers required to be served according to the Civil Local Rules for the Northern District of California, on or before August 26, 2009, or show cause why your case should not be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b), Federal Rules of Civil Procedure. In the event that you fail to serve any Defendant by the deadline set by this Court and your case is reassigned to a district judge, this Court will recommend that your case be dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: August 7, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-4414-OSC.wpd