UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE GORDY, | No. C 08-4414  JL |
| Plaintiff, | |
| v. | **Referral for Reassignment with Recommendation that Case be Dismissed with Prejudice** |
| CITY & COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | |
| _____/ | |

  Plaintiff filed the complaint in this case before this Court on September 19, 2008, one year ago. Defendants should have been served with the summons and complaint on or before January 19, 2009, pursuant to Rule 4(m), Federal Rules of Civil Procedure. The Court continued the case management conference four times at Plaintiff's request, but she did not request any extension of the time to serve Defendants. Nor has Plaintiff filed either a consent to this Court's jurisdiction pursuant to 28 U.S.C. §636(c) or a request for reassignment to a district court judge.

  Accordingly, this Court issued an Order to Show Cause to Plaintiff ordering her to file either a consent to this Court's jurisdiction or a request for reassignment to a district court judge on or before September 25, 2009. In the Order, the Court advised Plaintiff that if she either requested reassignment or fail to file by the deadline, the Court would refer her case

for reassignment to a district judge. She was further ordered to serve at least one of the Defendants in this case with the summons and complaint in this case and all other papers required to be served according to the Civil Local Rules for the Northern District of California, on or before September 25, 2009, or show cause why her case should not be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b), Federal Rules of Civil Procedure. This Court also advised Plaintiff that in the event that she failed to serve any Defendant by the deadline set by this Court and that her case was reassigned to a district judge, this Court would recommend that her case be dismissed with prejudice for failure to prosecute.

      Accordingly, Plaintiff having failed to fulfill any of this Court's orders, in fact having done nothing to pursue her case, her case is hereby referred for reassignment to a district court judge with the recommendation that it be dismissed with prejudice for failure to prosecute.

      IT IS SO ORDERED.

DATED: September 28, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-4414-Ref-Reassign.wpd