1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JUNE GORDY,                           No    C 08-4414 VRW

12            Plaintiff,                         ORDER

13            v

14   CITY & COUNTY OF SAN FRANCISCO,
     et al,

15            Defendants.

16   _____/

17

18        Plaintiff June Gordy filed this complaint on September

19   18, 2008.  Doc #1.  Plaintiff should have served defendants on or

20   before January 19, 2009, pursuant to FRCP 4(m).  Magistrate Judge

21   Larson continued the case management conference four times at

22   plaintiff's request, but she did not request any extension of time

23   to serve defendants.  Doc #12.

24        On September 2, 2009, Magistrate Judge Larson ordered

25   plaintiff to file a consent to proceed in front of a magistrate or

26   to request reassignment to a district court judge on or before

27   September 25, 2009.  Doc #9.  Magistrate Judge Larson further

28   ordered plaintiff to serve at least one of the defendants in this

United States District Court
For the Northern District of California

case with the summons and complaint on or before September 25, 2009, and informed plaintiff that a failure to do so would result in a reassignment of her case to a district judge with a recommendation that it be dismissed with prejudice for failure to prosecute.  Doc #11.  The court-imposed deadlines have passed, yet plaintiff has not responded to the Magistrate Judge Larson's order. As promised, on September 29, 2009, Magistrate Judge Larson referred this case to the court.  Doc #12.

Because plaintiff has failed to comply with Magistrate Judge Larson's order, plaintiff's complaint is DISMISSED in its entirety.  The clerk is DIRECTED to terminate all motions and close the file.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge

2